RECEIVED
OCT 0 8 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

DEBORAH DAIGLE          CIVIL ACTION NO. 07-2201

VS.          JUDGE HAIK

DAVID B. LYTLE          MAGISTRATE JUDGE METHVIN
TRANSIT SERVICES, INC.
EMPIRE FIRE & MARINE INS. CO.

## JURISDICTIONAL REVIEW RULING

Before the court is defendant's "Memorandum Regarding Submission of Jurisdictional Amount," filed pursuant to this court's order of June 5, 2008 (Rec. Doc. 25). Plaintiff has not filed an opposition. Having reviewed defendants' memorandum and the exhibits thereto, I conclude that defendants have proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999).

Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, which include a disc herniation and bulge in cervical and lumbar areas for which her treating physician, Dr. McDonnell recommended surgery.

According to defendant, plaintiff testified at her deposition that, as a result of the car accident, she was out of work for about seven months, from January to July, 2007. Plaintiff's medical expenses incurred at the time of removal total approximately $15,255.75.

Considering the foregoing, the undersigned concludes that plaintiff's claims satisfy the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on October 8, 2008.

Mildred E. Methvin
United States Magistrate Judge

